IN THE UNITED STATES DISTRICT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 05-MC-9067-DW |
| ) | |
| DAVID A. MILLER ) | |
| ) | |
| Respondent. ) | |

ORDER

Before the Court is Magistrate Judge Larsen's Report and Recommendation to Enforce IRS Summons (Doc. 6). After an independent review of the record and applicable law, the Court adopts the Magistrate's findings of fact and conclusions of law. Accordingly, it is

ORDERED that Respondent comply with the Internal Revenue Service Summonses on a date and time agreed upon by Officer Repp and Respondent David Miller, but not later than sixty days (60) after the service of this Order;

ORDERED that the United States Marshal or other authorized person forthwith serve upon Respondent David Miller a copy of this Order by certified mail, return receipt requested, and by regular first-class mail, at 1100 SE Kingscross Road, Blue Springs, Missouri, 64014.

IT IS SO ORDERED

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

DATE:  December 6, 2005